REGINA MARGARETEN, FREDERICK MARGARETEN and JACOB MARGARETEN, in Their Own Behalf and on Behalf of All Other Shareholders of HOROWITZ BROS.

& Margareten, a Domestic Corporation, Who May Join, Respondents, v. Leopold Horowitz, Moses A. Horowitz, Abraham H. Horowitz, Horowitz Securities Corporation and Horowitz Bros. & Margareten, Appellants, Impleaded with Another, Defendant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.